FRANCIS E. BAUER, APPELLANT, v. ANNA MARIE BAUER, APPELLEE.

345 N.W.2d 337

Filed March 9, 1984. No. 83-667.

Louie M. Ligouri, for appellant.

Case & Reinsch, P.C., for appellee.

KRIVOSHA, C.J., BOSLAUGH, WHITE, HASTINGS, CAPORALE, SHANAHAN, and GRANT, JJ.

PER CURIAM.

The court, having reviewed the record in this case de novo, as it is required to do, finds that the judgment of the trial court should be affirmed.

AFFIRMED.